```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 27697
   THOMAS PETER TINSMAN
   GLORIA JEAN TINSMAN                         CHAPTER 13

                                               JUDGE: JACQUELINE P COX

        Debtor
  SSN XXX-XX-0636    SSN XXX-XX-5341

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 07/27/2004 and was confirmed 09/20/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  31.73% from remaining funds.

     The case was paid in full 08/11/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
------------------------------------------------------------------------------
AMERICAN EXPRESS TRAVEL   UNSECURED OTH    2028.96          .00          643.89
AMERICAN EXPRESS TRAVEL   UNSECURED        2029.01          .00          643.80
AMERICAN EXPRESS TRAVEL   UNSECURED       10530.91          .00         3341.46
ECAST SETTLEMENT CORP     UNSECURED        4130.97          .00         1310.76
BANK OF AMERICA NA        UNSECURED       NOT FILED         .00             .00
B-FIRST LLC               UNSECURED        8363.58          .00         2653.76
ROUNDUP FUNDING LLC       UNSECURED        7651.96          .00         2427.97
ROUNDUP FUNDING LLC       UNSECURED       11344.35          .00         3599.56
ECAST SETTLEMENT CORP     UNSECURED       13041.07          .00         4137.93
ECAST SETTLEMENT CORP     UNSECURED       11167.04          .00         3543.30
ECAST SETTLEMENT CORP     UNSECURED        3596.40          .00         1141.14
ECAST SETTLEMENT CORP     UNSECURED        8741.10          .00         2773.55
CITIBANK NA               UNSECURED       10053.16          .00         3189.87
ECAST SETTLEMENT CORP     UNSECURED        7717.26          .00         2448.69
ECAST SETTLEMENT CORP     UNSECURED        9751.44          .00         3094.13
CREDIT FIRST              UNSECURED        1191.28          .00          377.99
DIRECT MERCHANTS BANK     UNSECURED       NOT FILED         .00             .00
DISCOVER FINANCIAL SERVI  UNSECURED        7995.96          .00         2537.12
ECAST SETTLEMENT CORP     UNSECURED        8199.60          .00         2601.73
HARRIS BANK               UNSECURED       NOT FILED         .00             .00
HOME DEPOT                UNSECURED       NOT FILED         .00             .00
CREDIT CARD SERVICES      UNSECURED       11183.55          .00         3548.54
HSBC BANK USA             UNSECURED        7934.19          .00         2517.52
ECAST SETTLEMENT CORP     UNSECURED        1018.51          .00          323.17
MBNA AMERICA              UNSECURED       NOT FILED         .00             .00
SEARS PAYMENT CENTER      UNSECURED       NOT FILED         .00             .00
ROUNDUP FUNDING LLC       UNSECURED        1011.71          .00          321.02
US BANK CORP              UNSECURED       10063.07          .00         3193.01
ELAN/FIRSTAR CARD SERVIC  UNSECURED        6337.13          .00         2010.77
WAL MART STORES INC       UNSECURED       NOT FILED         .00             .00
WELLS FARGO FINANCIAL IL  UNSECURED         825.56          .00          261.95
JP MORGAN CHASE BANK NA   CURRENT MORTG        .00          .00             .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 04 B 27697 THOMAS PETER TINSMAN & GLORIA JEAN TINSMAN
```

```
DAIMLER CHRYSLER FINANCI  SECURED              .00              .00              .00
CITIFINANCIAL MORTGAGE    CURRENT MORTG        .00              .00              .00
DOVENMUEHLE MORTGAGE      SECURED          4133.00           185.17          4133.00
HINSDALE BANK & TRUST     SECURED         14250.00           475.77         14250.00
ARTURO E MATTHEWS JR      NOTICE ONLY   NOT FILED              .00              .00
DAIMLER CHRYSLER FINANCI  UNSECURED     NOT FILED              .00              .00
HINSDALE BANK & TRUST     COST OF COLLE    186.75              .00           186.75
HINSDALE BANK & TRUST     UNSECURED            .00              .00              .00
PETER FRANCIS GERACI      DEBTOR ATTY    1,700.00                          1,700.00
TOM VAUGHN                TRUSTEE                                          4,554.68
DEBTOR REFUND             REFUND                                                .00
```

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              78,128.00

PRIORITY                                          .00
SECURED                                     18,569.75
    INTEREST                                   660.94
UNSECURED                                   52,642.63
ADMINISTRATIVE                               1,700.00
TRUSTEE COMPENSATION                         4,554.68
DEBTOR REFUND                                     .00
                   ---------------        ---------------
TOTALS               78,128.00              78,128.00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                               /s/ Tom Vaughn
    Dated: 11/20/08            _____
                               TOM VAUGHN
                               CHAPTER 13 TRUSTEE